IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| MICHAEL HUBBARD | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | Civil Action No. 9-11-CV-76 |
| v. | § | |
| | § | |
| CENTER SDI, L.P. d/b/a | § | JUDGE RON CLARK |
| SONIC DRIVE-IN., | § | |
| | § | |
| *Defendant,* | § | |

### ORDER OF DISMISSAL

Before the court is Plaintiff's motion to dismiss [Doc. # 16]. The parties have reached a settlement, and Plaintiff no longer wishes to prosecute his case against Defendant. The court is of the opinion that the motion should be granted, and this case dismissed.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Dismiss [Doc. #16] is **GRANTED**. Plaintiff Michael Hubbard's claims against Defendant Center SDI, L.P. d/b/a Sonic Drive-In are **DISMISSED WITH PREJUDICE**. Costs and attorney's fees shall be borne by the party incurring the same.

So **ORDERED** and **SIGNED** this **11** day of **April, 2012.**

_____
Ron Clark, United States District Judge